0AO 91 (Rev. 02/09) Criminal Complaint

DOA 11-18-11

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.
Antonio Flores-Vasquez,
a.k.a.: Julio Cesar Navarro,
a.k.a.: Mario Alberto Jimenez-Vasquez,
a.k.a.: Samuel Lopez-Lopez
(A 079 651 095/A 200 698 180)
*Defendant*

Case No. 11-7607M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 21, 2011, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Antonio Flores-Vasquez, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 19, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1).

I further state that I am Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Elaine Whiffen, P.S. for AUSA Christina Wu Covault

☒ Continued on the attached sheet.

*Complainant's signature*

Fernando Armenta,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2011

*Judge's signature*

City and state: Phoenix, Arizona

Edward C. Voss,
United States Magistrate Judge
*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Fernando Armenta, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 21, 2011, Antonio Flores-Vasquez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail on local charges. While incarcerated at the Maricopa County Jail, Flores-Vasquez was examined by Sheriff's officers designated with the authority to determine alienage under the Immigration and Nationality Act, Section 287(g). Sheriff's officers determined Flores-Vasquez to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged on Flores-Vasquez with the county jail. On November 18, 2011, Flores-Vasquez was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed Antonio Flores-Vasquez to be a citizen of Mexico and a previously deported alien. Flores-Vasquez was removed from the United States to Mexico through Nogales, Arizona, on or about April 19, 2010, pursuant to a expedited removal order issued by an immigration official. There is no record of Antonio Flores-Vasquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Flores-Vasquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Antonio Flores-Vasquez was convicted of Conspiracy to Possess with Intent to Distribute 770.35 Pounds of Marijuana, a felony offense, on January 14, 2005, in the United States District Court, District of Arizona. Flores-Vasquez was sentenced to twenty one (21) months incarceration. Flores-Vasquez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 18, 2011, Antonio Flores-Vasquez was advised of his constitutional rights. Flores-Vasquez invoked his rights and declined to answer any further questions.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 21, 2011, Antonio Flores-Vasquez, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 19, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1).

Fernando Armenta, Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 21st day of November, 2011.

Edward C. Voss,
United States Magistrate Judge